IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:10-cr-24-KRG-KAP |
| ROGELIN LOPEZ, | : |
| Defendant | : |

<u>Memorandum Order</u>

On November 4, 2021, I ordered Mr. Lopez detained pending the final revocation hearing on the petition for action at ECF no. 175. *See* ECF no. 181. On December 10, 2021, so that Mr. Lopez could be maintained at a facility able to provide him with the level of medical care necessary for his multiple gunshot wounds I released Mr. Lopez to the pre-existing conditions of the supervised release ordered in this case. *See* ECF no. 187 (and ECF no. 186).

After a status conference today, it appears that Mr. Lopez may be stepped down to one of two forms of care, either treatment at a skilled nursing facility or treatment in a residence provided by visiting nurses. Such a move is not imminent or even certain, but attempting to balance the safety of the community with Mr. Lopez' medical needs, it is

ORDERED that pending further hearing, Mr. Lopez shall regularly (at least once every two weeks) notify his supervising Probation officer of his status and any proposed transfer from his current medical facility. If Mr. Lopez receives a definite date for a transfer he shall notify Probation forthwith, and if the proposed transfer is to a residence he shall provide Probation sufficient information that Probation can evaluate whether the residence is a suitable location. I will schedule a status conference upon receiving any report from Probation, and counsel may request one at any time.

DATE: January 24, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record, Probation, U.S. Marshal Service